(No. 6020

LICATA MOVING AND STORAGE COMPANY, d/b/a ADDISON VAN LINES, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed September 8, 1972.*

WARREN KRINSKY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney, for Respondent.

PERLIN, C.J.

(No. 6278

CARGILL, INCORPORATED, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed September 8, 1972.*

CARGILL, INCORPORATED, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.